NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JOHN MARTIN,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2017-1747

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2502, Judge William Greenberg.

-------------------------------------------------------------------------------

**WILLIAM RHODES,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2017-1761

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2511, Judge Bruce E. Kasold.

---

**EDWARD THOMAS ROSE,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————

2017-1762

———————

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2494, Judge Robert N. Davis.

---

**EUGENIA MOTE,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————

2017-1768

———————

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2506, Judge Mary J. Schoelen.

---

**THOMAS MEISSGEIER,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2017-1771
_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2504, Judge Alan G. Lance, Sr.
-------------------------------------------------------------------------------

**HUGH D. MATTHEWS,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2017-1772
_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2503, Judge Bruce E. Kasold.
-------------------------------------------------------------------------------

**BETTY D. SCYPHERS,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2017-1774

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2493, Judge Mary J. Schoelen.

-------------------------------------------------------------------------------

**SARAH AKTEPY,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2017-1780

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2495, Judge William Greenberg.

-------------------------------------------------------------------------------

**LESLIE PUNT,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2017-1789

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2510, Judge William Greenberg.

-------------------------------------------------------------------------------

**TAYLOR DANIELS,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————

2017-1796

———————

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2498, Judge Robert N. Davis.

-------------------------------------------------------------------------------

**FRANTZ M. JEAN,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————

2017-1862

———————

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2500, Chief Judge Robert N. Davis, Judge Coral Wong Pietsch, and Judge William Greenberg.

-------------------------------------------------------------------------------

**HERBERT MITCHELL MILLER,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————————

2017-1926

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2505, Judge Robert N. Davis.

-------------------------------------------------------------------------------

**MARVIN MYERS,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————————

2017-1967

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-2507, Judge Margaret C. Bartley.

———————————

**O R D E R**

The appellants move unopposed to consolidate the above-captioned cases into a first group consisting of

2017-1747, 2017-1761, 2017-1768, 2017-1771, 2017-1772, 2017-1774, 2017-1780, 2017-1862, and the appeal from the United States Court of Appeals for Veterans Claims in *Myers v. Shulkin*, No. 16-2507, which has been docketed as 2017-1967; and a second group consisting of 2017-1762, 2017-1789, 2017-1796, and 2017-1926.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that 2017-1762, 2017-1789, 2017-1796, and 2017-1926 are consolidated for briefing, and thus one set of briefs should be filed for these four appeals. Each of the briefs shall include the full captions of the four appeals.

(2) 2017-1747, 2017-1761, 2017-1768, 2017-1771, 2017-1772, 2017-1774, 2017-1780, 2017-1862, and 2017-1967 are consolidated for briefing, and thus one set of briefs should be filed for these nine appeals. Each of the briefs shall include the full captions of the nine appeals. These nine appeals will be considered companions to 2017-1762, -1789, -1796, -1926 and assigned to the same merits panel.

(3) The respective appellants' opening briefs are due no later than June 27, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32